FILED
Oct 27   4 04 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| THE MILLGARD CORPORATION | ) | CIVIL ACTION NO. |
| | ) | 03-CV-167(PCD) |
| v. | ) | |
| | ) | |
| WHITE OAK CORPORATION and | ) | |
| AMERICAN HOME ASSURANCE CO. | ) | OCTOBER 24, 2003 |

---

### STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Rules of Civil Procedure, the Plaintiff and the Defendants hereby stipulate to the voluntary dismissal of the above-captioned action with prejudice and without costs to either party.

THE PLAINTIFF,
THE MILLGARD CORPORATION

BY: _____
Christopher W. Huck
Federal Bar No. CT15219
Michelson, Kane, Royster &
  Barger, P.C.
93 Oak Street
Hartford, CT 06106
Tel: (860)522-1243
Fax: (860)548-0194
cwhuck@snet.net

THE DEFENDANT,
WHITE OAK CORPORATION

BY: _____
Frederick E. Hedberg
Federal Bar No. CT22398
Jane I. Milas
Federal Bar No. CT01271
Garcia & Milas
44 Trumbull Street
New Haven, CT 06510
Tel: (203)773-3824
Fax: (203)782-2312
fhedberg@garciamilas.com
jmilas@garciamilas.com

```
                                THE DEFENDANT,
                                AMERICAN HOME ASSURANCE CO.


                                BY: _____
                                    Gary M. Case
                                    Federal Bar No. CT09610
                                    Wolf, Horowitz, Etlinger & Case
                                    99 Pratt Street, 4th Floor
                                    Hartford, CT 06103
                                    Tel.: (860)724-6667
                                    Fax:  (860)293-1979
                                    gcase@wolfhorowitz.com
```