FILED

Aug 25   3 03 PM '03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT NEW HAVEN, CONN

THE MILLGARD CORPORATION,          :     Civil Action No.
                                   :     3:03 CV 0167 (PCD)
                                   :
        Plaintiff,                 :                -
                                   :
v.                                 :
                                   :
                                   :
WHITE OAK CORPORATION, et al       :
                                   :
        Defendants.                :     AUGUST 22, 2003

## MOTION TO WITHDRAW COUNTERCLAIM

The defendant White Oak Corporation ("White Oak"), pursuant
to Local Rule 83.6(a), respectfully moves to withdraw its
Counterclaim, dated March 14, 2003.  The plaintiff has filed for
bankruptcy protection in the Eastern District of Michigan, and
White Oak will not be pursuing its Counterclaim in the present
action.

White Oak's Answer and Affirmative Defenses, dated March 14,
2003, remain.

GRANTED SO ORDERED.

Peter C. Dorsey, U.S. District Judge

FILED

11/19/03

1